**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Esteban MARTINEZ, Defendant–Appellant.**

**No. 14–10415.**

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 20, 2016.[*]

Filed Jan. 25, 2016.

Christina Marie Cabanillas, Assistant U.S., Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Brenda Dabdoub, Esquire, Law Office of Brenda Dabdoub, Tucson, AZ, for Defendant–Appellant.

---

[*] The panel unanimously concludes this case is suitable for decision without oral argument.

*See* Fed. R.App. P. 34(a)(2).

**360**

Before: CANBY, TASHIMA, and NGUYEN, Circuit Judges.

### MEMORANDUM **

Esteban Martinez appeals from the district court's judgment and challenges the 50–month sentence imposed following his jury-trial conviction for possession with intent to distribute heroin, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Martinez contends the district court improperly admitted evidence that he had $1,085.00 on him when he was arrested, resulting in a violation of his due process rights. The record reflects that Martinez stipulated to possessing $1,085.00 at the time of his arrest. Accordingly, Martinez has waived his right to appeal the district court's evidentiary ruling. *See Yeti by Molly, Ltd. v. Deckers Outdoor Corp.*, 259 F.3d 1101, 1108 (9th Cir.2001) ("A stipulation … is tantamount to a waiver of an issue for appeal.") (internal quotations omitted).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).